# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America** <br> v. <br> **Karen Lynn Joaquin** <br> DOB: xx-xx-1964; United States Citizen <br> **Rudolf Juan Zazueta** <br> DOB: xx-xx-1965; United States Citizen | DOCKET NO. <br><br> MAGISTRATE'S CASE NO. <br> **13-05205M** |
| Complaint for violation of Title 8 | United States Code § 1324(a)(1)(A)(ii); 1324(a)(1)(A)(v)(I); 1324(a)(1)(B)(i) and 1324(a)(1)(B)(iii) |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about December 28, 2012, at or near Robles Junction, in the District of Arizona, **Karen Lynn Joaquin** and **Rudolf Juan Zazueta,** named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agreed with each other and other persons, known and unknown, to transport illegal aliens for profit, Calixto Martinez-Lopez and Efrain Mendez-Lopez, and did so for the purpose of private financial gain and placing in jeopardy the life of, any person; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii); 1324(a)(1)(A)(v)(I); 1324(a)(1)(B)(i) and 1324(a)(1)(B)(iii).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about December 28, 2012, at or near Robles Junction, Arizona, a black Chevrolet Silverado 2500 driven by **Karen Lynn Joaquin** with a front seat passenger, **Rudolf Juan Zazueta,** and a female passenger located in the backseat, approached a Border Patrol check point located on State Route 86. At secondary inspection, **Joaquin** gave agents consent to inspect the backseat of the Chevrolet. Agents found one individual hiding underneath the backseat and another individual hiding behind the backseat. Both individuals, later identified as Calixto Martinez-Lopez and Efrain Mendez-Lopez, admitted they were not citizens or nationals of the United States and did not possess document to be in the United States legally.

After *Miranda* was waived, **Zazueta** stated he picked up Martinez-Lopez and Mendez-Lopez on the side of the road in a Chevrolet on State Route 86 and agreed to transport them to Tucson, Arizona in exchange for $500 per individual. He stated he instructed Martinez-Lopez and Mendez-Lopez to hide underneath and behind the rear seat of the Chevrolet. He stated he notified **Joaquin** of the arrangement before picking up **Joaquin** and the female passenger in the rear seat at a residence. At the residence **Zazueta** instructed **Joaquin** to drive the Chevrolet

The material witnesses stated they made arrangements in Mexico to be smuggled into the United States and agreed to pay money. The material witnesses stated after crossing the international boundary fence they were separated from the rest of their group. Thereafter, they arrived at a road, and flagged down a Chevrolet driven by **Zazueta** with two female passengers, **Joaquin** and another individual. They stated **Zazueta** instructed them to hide underneath and behind the rear seat of the Chevrolet.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**
Calixto Martinez-Lopez and Efrain Mendez-Lopez

| Detention Requested <br> Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. <br><br> AUTHORIZED BY: AUSA DPF *[signature]* | SIGNATURE OF COMPLAINANT (official title) *[signature]* <br><br> OFFICIAL TITLE <br> US Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] <br> *Leslie A. Bowman* | DATE <br> January 2, 2013 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54